IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 13 C 4992 Judge Pallmeyer |
| v. | ) ) | |
| ALL AMERICAN DOORS INC. | ) ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY DISMISSAL

To: Jeffrey Lambert
All American Doors Inc.
2306 Springfield Road
Peoria, IL 61611

PLEASE TAKE NOTICE that on October 8, 2013, pursuant to Fed. R. Civ. P. 41 (a)(1)(i), the plaintiffs hereby voluntarily dismiss this action without prejudice.

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND et al.

By: s/ DANIEL P. McANALLY
   Attorney for Plaintiffs


Certificate of Service
I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Notice of Dismissal via U.S. first class mail to the person to who said Notice is directed on October 8, 2013.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700